UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELVIN JOEL PACHECO-HERNANDEZ,<br>　aka "Alvin Cachelo,"<br>　aka "Raul Hernandez,"<br>　aka "Nelson Pacheco,"<br>　aka "Alvin Pacheco,"<br><br>　　　　Defendant. | Case No. 2:25-mj-00156-MDC<br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 14th day of March, 2025 at the hour of 4 p.m., be vacated and continued to June 16, 2025 at 4:00 pm in LV Courtroom 3B before Magistrate Judge Maximiliano D. Couvillier, III.

DATED this 4th day of March, 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. MAXIMILIANO D. COUVILLIER, III
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

5